## THOMAS *v.* VIRGINIA.

No. 43. Argued November 10, 1960.—Decided November 21, 1960.

*Cornelius H. Doherty* argued the cause and filed a brief for petitioner.

*R. D. McIlwaine III,* Assistant Attorney General of Virginia, argued the cause for respondent. With him on the briefs were *A. S. Harrison, Jr.,* Attorney General, and *John W. Knowles,* Assistant Attorney General.

PER CURIAM.

The judgment of the Circuit Court of Arlington County of the Commonwealth of Virginia is reversed and the case is remanded to that court. *Blodgett* v. *Silberman,* 277 U. S. 1, 18.

MR. JUSTICE BLACK dissents for the same reason expressed by Mr. Justice Holmes in *Union Transit Co.* v. *Kentucky,* 199 U. S. 194, 211:

> "It seems to me that the result reached by the Court probably is a desirable one, but I hardly understand how it can be deduced from the Fourteenth Amendment . . . ."